IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARRY RUPERT, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:10-CV-0799-N |
| ROBERT S. WINTER, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

This Order addresses Plaintiffs' motion to stay or abate deadlines pending resolution of their motion to remand [35]. The Court grants the motion. The deadline for responses to the motions to dismiss will be either (1) twenty-one (21) days from the Court's ruling on the motions to remand, or (2) the deadline announced in the Court's consolidated scheduling order for the insurance letter cases, if any.

Signed July 23, 2010.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE