# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 09, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 14-11118   Miguel Rishmague, et al v. Robert Winter, et al
               USDC No. 3:11-CV-2024
               USDC No. 3:10-CV-799

Enclosed is an order entered in this case.

Attached is the new caption to be used in all future filings.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Melissa V. Mattingly, Deputy Clerk
                       504-310-7719

Mr. Bradley Wayne Foster
Mr. T. Ray Guy
Mr. Charles L. Hamel
Ms. Leslie Sara Hyman
Mr. William H. Knull III
Mr. Nicholas J. Lanza Jr.
Mr. Mark D. Manela
Ms. Karen S. Mitchell
Mr. Paul Kenneth Nesbitt
Mr. Jonathan D. Polkes
Mr. Randall Alan Pulman
Mr. Kevin M. Sadler
Mr. Elmore James Shepherd III
Mr. Etan Zev Tepperman

NEW CAPTION:

| 14-11118 |
|---|
| MIGUEL RISHMAGUE, Individually and on behalf of UCB Properties Trust and Inversiones Misanisa Trust; ODDE JALIL RISHMAGUE, Individually and on behalf of UCB Properties Trust and Inversiones Misanisa Trust, <br><br>       Plaintiffs - Appellants <br><br> v. <br><br> PAUL D. WINTER, Dependant Executor of the Estate of Robert S. Winter, substituted in place and stead of ROBERT S. WINTER, deceased; BOWEN, MICLETTE & BRITT, INCORPORATED; WILLIS OF TEXAS, INCORPORATED; WILLIS OF COLORADO, INCORPORATED; JAIME ALEMAN; ALEMAN, GALINDO, CORDERO & LEE; ALEMAN, GALINDO, CORDERO & LEE TRUST (BVI) LIMITED; AMY S. BARANOUCKY, <br><br>       Defendants - Appellees <br><br> _____ <br><br> Cons w/ 14-11119 <br><br> BARRY RUPERT; CAROL RUPERT; DAVID QUINTOS; DIANA DIMITROVA STOILOVA; ELIZABETH RUNKLE, et al <br><br>       Plaintiffs - Appellants <br><br> v. <br><br> PAUL D. WINTER, Dependant Executor of the Estate of Robert S. Winter, substituted in place and stead of ROBERT S. WINTER, deceased ; BOWEN, MICLETTE & BRITT, INCORPORATED, also known as Bowen Miclette Descant & Britt, Incorporated; AMY S. BARANOUCKY; WILLIS GROUP HOLDINGS LIMITED; WILLIS OF COLORADO, INCORPORATED, <br><br>       Defendants - Appellees |

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-11118
_____

MIGUEL RISHMAGUE, Individually and on behalf of UCB Properties Trust and Inversiones Misanisa Trust; ODDE JALIL RISHMAGUE, Individually and on behalf of UCB Properties Trust and Inversiones Misanisa Trust,

    Plaintiffs - Appellants

v.

ROBERT S. WINTER; BOWEN, MICLETTE & BRITT, INCORPORATED; WILLIS OF TEXAS, INCORPORATED; WILLIS OF COLORADO, INCORPORATED; JAIME ALEMAN; ALEMAN, GALINDO, CORDERO & LEE; ALEMAN, GALINDO, CORDERO & LEE TRUST (BVI) LIMITED; AMY S. BARANOUCKY,

    Defendants - Appellees

_____

Cons w/ 14-11119

BARRY RUPERT; CAROL RUPERT; DAVID QUINTOS; DIANA DIMITROVA STOILOVA; ELIZABETH RUNKLE, et al

    Plaintiffs - Appellants

v.

ROBERT S. WINTER; BOWEN, MICLETTE & BRITT, INCORPORATED, also known as Bowen Miclette Descant & Britt, Incorporated; AMY S. BARANOUCKY; WILLIS GROUP HOLDINGS LIMITED; WILLIS OF COLORADO, INCORPORATED,

Case: 14-11118      Document: 00512962600      Page: 2      Date Filed: 03/09/2015

Case 3:10-cv-00799-N   Document 94   Filed 03/09/15   Page 4 of 4   PageID 1019

      Defendants - Appellees

_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas

_____

O R D E R:

    IT IS ORDERED that the opposed motion of Ralph Janvey for leave to file an amicus brief is GRANTED.

    IT IS FURTHER ORDERED that the unopposed motion of Paul D. Winter, Dependent Executor of the Estate of Robert S. Winter, deceased, for substitution as appellee is GRANTED.

                                                      /s/ E. Grady Jolly

                                       _____
                                             E. GRADY JOLLY
                                      UNITED STATES CIRCUIT JUDGE