IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 14-11119

D.C. Docket No. 3:10-CV-799

United States Court of Appeals
Fifth Circuit
**FILED**
September 16, 2015
Lyle W. Cayce
Clerk

BARRY RUPERT; CAROL RUPERT; DAVID QUINTOS; DIANA DIMITROVA STOILOVA; ELIZABETH RUNKLE, et al

      Plaintiffs - Appellants

v.

ROBERT S. WINTER; BOWEN, MICLETTE & BRITT, INCORPORATED, also known as Bowen Miclette Descant & Britt, Incorporated; AMY S. BARANOUCKY; WILLIS GROUP HOLDINGS LIMITED; WILLIS OF COLORADO, INCORPORATED,

      Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before BENAVIDES, CLEMENT, and HIGGINSON, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

**Certified as a true copy and issued
as the mandate on Oct 08, 2015**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.